UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
STRUIF, ROBERT T § Case No. 09-43590
STRUIF, GAIL A §
 §
 §
    Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/05/2012 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/05/2012          By: KENNETH S. GARDNER
                                                 Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STRUIF, ROBERT T § Case No. 09-43590
STRUIF, GAIL A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 71,729.71 |
| and approved disbursements of | $ | 6,377.49 |
| leaving a balance on hand of[1] | $ | 65,352.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,443.49 | $ 0.00 | $ 5,443.49 |
| Attorney for Trustee Fees: Cohen and Krol | $ 4,995.25 | $ 0.00 | $ 4,995.25 |
| Other: International Sureties | $ 64.39 | $ 64.39 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,438.74 |
| Remaining Balance | | $ | 54,913.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,314.59  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha | $ 3,753.43 | $ 0.00 | $ 3,753.43 |
| 000002 | American Infosource Lp As Agent for | $ 2,249.37 | $ 0.00 | $ 2,249.37 |
| 000003 | Chase Bank USA,N.A | $ 1,445.86 | $ 0.00 | $ 1,445.86 |
| 000004 | US Bank N.A. | $ 8,697.59 | $ 0.00 | $ 8,697.59 |
| 000005 | American Express Bank, FSB | $ 4,639.46 | $ 0.00 | $ 4,639.46 |
| 000006 | Fia Card Services, NA/Bank of America | $ 5,912.22 | $ 0.00 | $ 5,912.22 |
| 000007 | Fia Card Services, NA/Bank of America | $ 1,616.66 | $ 0.00 | $ 1,616.66 |
| | Total to be paid to timely general unsecured creditors | | | $ 28,314.59 |
| | Remaining Balance | | | $ 26,598.89 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 3.0 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,803.60 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 24,794.82 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-43590-DRC
Robert T Struif                                                     Chapter 7
Gail A Struif
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3           Date Rcvd: Sep 06, 2012
                              Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
```
db/jdb    +Robert T Struif,   Gail A Struif,   1118 Longford Rd.,   Bartlett, IL 60103-1938
aty       +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
14735604  +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
16502140   American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14735605  +Bank Of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14735608  +Central DuPage Hospital,   Merchants Credit Guide,   223 W. Jackson Blvd.,
            Chicago, IL 60606-6908
14735609  +Central Dupage Hospital,   Dept. 4698,   Carol Stream, IL 60122-0001
14735606  +Central Dupage Hospital,   Hr Accounts, Inc.,   7017 John Deere Parkway,   Moline, IL 61265-8072
14735613  +Chase,   P.O. Box 9001871,   Louisville, KY 40290-1871
16261659  +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
14735614  +FIA Card Services Thrivent Bank,   P.O. Box 15019,   Wilmington, DE 19886-5019
14735615  +Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
14735616  +First National Bank Of Omaha,   P.O. Box 2818,   Omaha, NE 68103-2818
16166281  +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
14735617  +Gastroenterology Group Practice,   302 Randall Rd., #303,   Geneva, IL 60134-4209
14735618  +Heal Lab Central Dupage Hospital,   Dept. 4698,   Carol Stream, IL 60122-0001
14735603  +Law Offices Of Steven H Mevorah,   & Associates,   134 North Bloomingdale Road,
            Bloomingdale, IL 60108-1017
14735620  +Sears,   P.O. Box 183081,   Columbus, OH 43218-3081
14735621  +Sears,   P.O. Box 183082,   Columbus, OH 43218-3082
14735602  +Struif Gail A,   1118 Longford Rd,   Bartlett, IL 60103-1938
14735601  +Struif Robert T,   1118 Longford Rd,   Bartlett, IL 60103-1938
14735622  +Townhomes Of Country Place Owner's Assoc,   Genesis Management, Inc.,   P.O. Box 66815,
            Chicago, IL 60666-0815
14735623 ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: U.S. Bank,   4801 Frederica Street,   Owensboro, KY  42301)
14735625  +Value City Furniture,   P.O. Box 659704,   San Antonio, TX 78265-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16171496     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2012 02:32:54
             American Infosource Lp As Agent for,   World Financial Network National Bank As,
             Value City Furniture,   PO Box 248872,   Oklahoma City, OK  73124-8872
16522554     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2012 02:03:11
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
14735619    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2012 23:46:04    Kohl's,   P.O. Box 2983,
             Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14735610*  +Central DuPage Hospital,   Dept. 4698,   Carol Stream, IL 60122-0001
14735612*  +Central DuPage Hospital,   Dept. 4698,   Carol Stream, IL 60122-0001
14735611*  +Central Dupage Hospital,   Merchants Credit Guide Co.,   223 W. Jackson Blvd.,
            Chicago, IL 60606-6908
14735607*  +Central Dupage Hospital,   HR Accounts, Inc.,   7017 John Deere Parkway,   Moline, IL 61265-8072
14735624* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: U.S. Bank,   P.O. Box 790408,   St. Louis, MO  63179)
16402888* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201-5229)
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: acox                  Page 2 of 3            Date Rcvd: Sep 06, 2012
                              Form ID: pdf006             Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1            User: acox                  Page 3 of 3                   Date Rcvd: Sep 06, 2012
                                Form ID: pdf006             Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2012 at the address(es) listed below:
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;jhazdra@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard F Doerr    on behalf of Debtor Robert Struif rdoerr@mevorahlaw.com,
               ssopala@mevorahlaw.com;jzimmermann@mevorahlaw.com;Sgibbons@mevorahlaw.com;juliecooper@mevorahlaw.
               com
              Yan  Teytelman    on behalf of Trustee Gina Krol notice@billbusters.com,
               Billbusters@BestClientinc.com;law_4321@yahoo.com
                                                                                             TOTAL: 6
```