UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STRUIF, ROBERT T | § | Case No. 09-43590 |
| STRUIF, GAIL A | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter     on            . The case was pending for     months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____     By:/s/GINA B. KROL_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert & Gail Struif |  |  |  |
| ROBERT T STRUIF |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 9001871 Louisville, KY  40290 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Townhomes Of Country Place Owner's Assoc Genesis Management, Inc. P.O. Box 66815 Chicago, IL  60666 | | | | | |
| | U.S. Bank 4801 Frederica Street Owensboro, KY  42301 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| US DEPARTMENT OF TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| COHEN AND KROL | | | | | |
| GINA B. KROL | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central DuPage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |
| | Central DuPage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |
| | Central DuPage Hospital Merchants Credit Guide 223 W. Jackson Blvd. Chicago, IL 60606 | | | | | |
| | Central Dupage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Dupage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |
| | Central Dupage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |
| | Central Dupage Hospital HR Accounts, Inc. 7017 John Deere Parkway Moline, IL 61266 | | | | | |
| | Central Dupage Hospital Hr Accounts, Inc. 7017 John Deere Parkway Moline, IL 61266 | | | | | |
| | Central Dupage Hospital Merchants Credit Guide Co. 223 W. Jackson Blvd. Chicago, IL  60606 | | | | | |
| | Fifth Third Bank P.O. Box 740789 Cincinnati, OH  45274 | | | | | |
| | Gastroenterology Group Practice 302 Randall Rd., #303 Geneva, IL  60134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heal Lab Central Dupage Hospital Dept. 4698 Carol Stream, IL 60122 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201 | | | | | |
| | Sears P.O. Box 183081 Columbus, OH 43218 | | | | | |
| | Sears P.O. Box 183082 Columbus, OH 43218 | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA,N.A | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000004 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN EXPRESS BANK, FSB | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA,N.A | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FIRST NATIONAL BANK OF OMAHA | | | | | |
| | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
Case 09-43590  Doc 52  Filed 05/20/13  Entered 05/20/13 09:39:12  Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document      Page 10 of 16
**ASSET CASES**
Page: 1

Exhibit 8

| Case No: | 09-43590 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | STRUIF, ROBERT T | | | Date Filed (f) or Converted (c): | 11/17/09 (f) |
| | STRUIF, GAIL A | | | 341(a) Meeting Date: | 12/16/09 |
| For Period Ending: | 05/08/13 | | | Claims Bar Date: | 12/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1118 Longford Rd., Bartlett, IL 60103 | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. cash in hand | 40.00 | 0.00 | | 0.00 | FA |
| 3. TCF Bank Checking x-6411 | 200.00 | 0.00 | | 0.00 | FA |
| 4. TCF Bank Savings x-2533 | 50.00 | 0.00 | | 0.00 | FA |
| 5. Thrivent Bank Checking x-0453 | 50.00 | 0.00 | | 0.00 | FA |
| 6. Thrivent Bank Savings x-0401 | 50.00 | 0.00 | | 0.00 | FA |
| 7. 2 TV's, kitchen set, couch, 3 chairs, bed, dresser | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10. 401k | 6,000.00 | 0.00 | | 0.00 | FA |
| 11. Direct Stock Ownership | 61,853.80 | 0.00 | | 71,722.59 | FA |
| 12. ESOP | 42,165.23 | 0.00 | | 0.00 | FA |
| 13. 2004 Mercury Grand Marquis | 4,000.00 | 0.00 | | 0.00 | FA |
| 14. desk, file cabinet, chair | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.12 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $357,009.03        $0.00                $71,729.71        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for checks to clear and will prepare TDR

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 08/31/12

/s/    GINA B. KROL

_____  Date: _____

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-43590 | DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | STRUIF, ROBERT T | | Date Filed (f) or Converted (c): | 11/17/09 (f) |
| | STRUIF, GAIL A | | 341(a) Meeting Date: | 12/16/09 |
| | | | Claims Bar Date: | 12/14/10 |

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-43590 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | STRUIF, ROBERT T | | Bank Name: | ASSOCIATED BANK |
| | STRUIF, GAIL A | | Account Number / CD #: | *******0295 Checking Account |
| Taxpayer ID No: | *******0709 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 65,352.22 | | 65,352.22 |
| 10/04/12 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,443.49 | 59,908.73 |
| 10/04/12 | 030002 | Cohen and Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney's fees | 3110-000 | | 3,330.17 | 56,578.56 |
| 10/04/12 | 030003 | Gina B. Krol | Attorney's Fees per Court order | 3110-000 | | 1,665.08 | 54,913.48 |
| 10/04/12 | 030004 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000001, Payment 106.36991% | | | 3,992.52 | 50,920.96 |
| | | | Claim    3,753.43 | 7100-900 | | | |
| | | | Interest    239.09 | 7990-000 | | | |
| 10/04/12 | 030005 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Value City Furniture<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000002, Payment 106.36978% | | | 2,392.65 | 48,528.31 |
| | | | Claim    2,249.37 | 7100-900 | | | |
| | | | Interest    143.28 | 7990-000 | | | |
| 10/04/12 | 030006 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000003, Payment 106.36991% | | | 1,537.96 | 46,990.35 |
| | | | Claim    1,445.86 | 7100-900 | | | |
| | | | Interest    92.10 | 7990-000 | | | |
| 10/04/12 | 030007 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Claim 000004, Payment 106.36981%<br>(4-1) credit card | | | 9,251.61 | 37,738.74 |
| | | | Claim    8,697.59 | 7100-900 | | | |

Page Subtotals    65,352.22    27,613.48

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-43590 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | STRUIF, ROBERT T | | Bank Name: | ASSOCIATED BANK |
| | STRUIF, GAIL A | | Account Number / CD #: | *******0295 Checking Account |
| Taxpayer ID No: | *******0709 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Interest 554.02 | 7990-000 | | | |
| 10/04/12 | 030008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 106.36992%<br>(5-1) CREDIT CARD DEBT | | | 4,934.99 | 32,803.75 |
| | | | Claim 4,639.46 | 7100-900 | | | |
| | | | Interest 295.53 | 7990-000 | | | |
| 10/04/12 | 030009 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000006, Payment 106.36986% | | | 6,288.82 | 26,514.93 |
| | | | Claim 5,912.22 | 7100-900 | | | |
| | | | Interest 376.60 | 7990-000 | | | |
| 10/04/12 | 030010 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 106.36992% | | | 1,719.64 | 24,795.29 |
| | | | Claim 1,616.66 | 7100-900 | | | |
| | | | Interest 102.98 | 7990-000 | | | |
| 10/04/12 | 030011 | ROBERT T STRUIF<br>1118 LONGFORD RD.<br>BARTLETT, IL 60103 | Surplus Funds | 8200-002 | | 24,794.82 | 0.47 |
| 10/15/12 | 030012 | Robert & Gail Struif | Additional Surplus | 8100-000 | | 0.47 | 0.00 |

| | | Page Subtotals | 0.00 | 37,738.74 |
|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-43590 -DRC | Trustee Name: | GINA B. KROL | |
| Case Name: | STRUIF, ROBERT T | Bank Name: | ASSOCIATED BANK | |
| | STRUIF, GAIL A | Account Number / CD #: | *******0295  Checking Account | |
| Taxpayer ID No: | *******0709 | | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 65,352.22 | 65,352.22 | 0.00 |
| Less:  Bank Transfers/CD's | 65,352.22 | 0.00 | |
| Subtotal | 0.00 | 65,352.22 | |
| Less:  Payments to Debtors | | 24,795.29 | |
| Net | 0.00 | 40,556.93 | |

Page Subtotals          0.00          0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-43590 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | STRUIF, ROBERT T | | Bank Name: | BANK OF AMERICA, N.A. |
| | STRUIF, GAIL A | | Account Number / CD #: | *******4098 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0709 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/11 | 11 | General Parts, Inc.<br>P.O. Box 26006<br>Raleigh, NC  27611-6006 | | 1129-000 | 71,722.59 | | 71,722.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 71,722.87 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.59 | | 71,723.46 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.61 | | 71,724.07 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.37 | 71,632.70 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.59 | | 71,633.29 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 88.31 | 71,544.98 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.60 | | 71,545.58 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 88.21 | 71,457.37 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.61 | | 71,457.98 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 93.71 | 71,364.27 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 64.39 | 71,299.88 |
| 02/06/12 | 000302 | US Department of Treasury | 2011 1041 Liability | 2810-000 | | 1,023.00 | 70,276.88 |
| 02/06/12 | 000303 | Illinois Department of Revenue | 2011 1041 IL Liability | 2820-000 | | 2,434.00 | 67,842.88 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 67,843.44 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 83.46 | 67,759.98 |
| 03/08/12 | 000304 | Alan D. Lasko & Associates | Accountant Fees per Court Orde | 3410-000 | | 1,985.00 | 65,774.98 |
| 03/08/12 | 000305 | Alan D. Lasko & Associates | Accountant Expenses per Court Order | 3420-000 | | 13.80 | 65,761.18 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 65,761.74 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 81.76 | 65,679.98 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.55 | | 65,680.53 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 83.45 | 65,597.08 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 65,597.64 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 83.34 | 65,514.30 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 65,514.83 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 77.87 | 65,436.96 |

Page Subtotals    71,728.63    6,291.67

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.01

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 09-43590 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | STRUIF, ROBERT T | | Bank Name: | BANK OF AMERICA, N.A. |
| | STRUIF, GAIL A | | Account Number / CD #: | *******4098  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0709 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,437.52 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 85.82 | 65,351.70 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 65,352.22 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 65,352.22 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 71,729.71 | 71,729.71 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 65,352.22 | |
| Subtotal | 71,729.71 | 6,377.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 71,729.71 | 6,377.49 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0295 | 0.00 | 40,556.93 | 0.00 |
| Money Market Account (Interest Earn - ********4098 | 71,729.71 | 6,377.49 | 0.00 |
| | 71,729.71 | 46,934.42 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/  GINA B. KROL

Trustee's Signature: _____  Date: 05/08/13
                    GINA B. KROL

Page Subtotals        1.08        65,438.04

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.01
LFORM24